UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK JOSEPH KELLY,<br><br>   Plaintiff,<br><br>v.<br><br>DEPT. OF CORRECTIONS,<br><br>   Defendant. | Case No.  2:21-cv-01794-KJM-JDP (PC)<br><br>ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS<br><br>ECF No. 2 |

Plaintiff, a former state inmate, has requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis*. ECF No. 2. However, his application neither indicates the amount of his income nor identifies any of his assets. ECF No. 2. Without that information the court is unable to evaluate plaintiff's application.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's incomplete application to proceed *in forma pauperis*, ECF No. 2, is denied without prejudice.

2. Plaintiff is granted thirty days from the date of this order to file a properly completed application.

3. Failure to timely submit a completed application will result in a recommendation that this action be dismissed.

4. The Clerk of Court is directed to send plaintiff new form Application to Proceed In Forma Pauperis.

IT IS SO ORDERED.

Dated:   October 22, 2021

                    JEREMY D. PETERSON
                    UNITED STATES MAGISTRATE JUDGE